# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Case No. 1:10CR00040-001                                    Date 10/29/10

U.S.A. vs. Kenneth D. Hart                          Counsel Joshua Johnson & Greg Hancock

1. (✗) present  ( ) custody  ( ) bond  ( ) age          (✗) present  (✗) retained  ( ) appointed

Counsel _____

2. ( ) present  ( ) custody  ( ) bond  ( ) age          ( ) present  ( ) retained  ( ) appointed

Counsel _____

3. ( ) present  ( ) custody  ( ) bond  ( ) age          ( ) present  ( ) retained  ( ) appointed

Counsel _____

4. ( ) present  ( ) custody  ( ) bond  ( ) age          ( ) present  ( ) retained  ( ) appointed

PRESENT: HON. James P. Jones, United States District , JUDGE   USPO: Sumer Taylor-Sargent

Allison Cook                    Bridget Dickert                    Pat Hogeboom
Deputy Clerk                    Court Reporter                    Asst. U.S. Attorney

**PROCEEDINGS:**

✗ Waiver of Indictment filed        ✗ Information filed        ___ Waived Appt. of Counsel

___ Arraignment and plea continued to _____

___ Juvenile Information filed with Certificate of U.S. Attorney that State Court refuses jurisdiction

✗ Defendant states that true name is _____ Kenneth D. Hart _____ Given COPY Indictment
(Information)

✗ Defendant waives reading of Indictment-Information        ___ Indictment-information read

✗ Defendant is ARRAIGNED and specifically advised of his rights, pur: Rule 11 F. R. C. P.

___ Defendant moves to CHANGE PLEA        ___ Court grants motion

✗ Plea Agreement filed with/stated to Court

___ Defendant is re-arraigned as to Ct(s) _____

___ Continued for plea to _____

✗ Court questions defendant regarding his physical and mental condition, and advises defendant of the nature
and possible consequences of said plea

✗ Court accepts _____ plea of guilty _____

___ Guilty Plea form executed and filed

✗ Government summarizes evidence to support plea and rests    Witness: _____

✗ Court finds defendant guilty as charged in Ct(s) 1 and 2

**DEFENDANT PLEADS:**

| (list counts) | | G | NG | NOLO | DISMISSED ON MOTION OF U.S.A. |
|---|---|---|---|---|---|
| | 1. | 1 and 2 | | | |
| | 2. | | | | |
| | 3. | | | | |
| | 4. | | | | |

___ Assigned for hearing on pending motions on _____

___ Assigned to calendar of Judge _____ for all further proceedings.

___ Trial set for _____        ___ Continued to _____
            ( ) Jury  ( ) Non-jury                        for setting for trial

___ Court received Presentence Report.        ___ Copy of Presentence Report not requested.

✗ Court orders Presentence Report.        ___ Copy of same furnished to counsel.

✗ Defendant to remain on bond.        ___ Defendant remanded to custody.

Case continued until Monday, January 31, 2011 at 1:30 pm for sentencing.

Time in Court: 1:07 - 1:34; 2:00 - 2:18 pm

Defendant's initial appearance

Unsecured $10,000 bond

Conditions of bond:

standard conditions

unlawful use of narcotics

excessive use of alochol

turn in passport

report to probation office any contact by law enforcement, etc

no travel outside the WDVA without permission

no firearms, etc and residence free of firearms