Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 2 3 2016

JULIA C. DUDLEY, CLERK
BY: /s/ A. Blaylock
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Crim. No. 1:10CR00040-001

Kenneth Darrell Hart

On July 9, 2013, the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that Kenneth Darrell Hart be discharged from supervised release.

Respectfully submitted,

Thomas V.H. O'Neill
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __23__ day of __March__, 20__16__.

James P. Jones
United States District Judge